JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

RAMON MOLINA,

     Plaintiff,

v.

DONALD TRUMP et al.,

     Defendants.

Case No. 2:26-cv-00944-SB-KS

**FINAL JUDGMENT**

     For the reasons stated in the separate order entered this day denying his request to proceed in forma pauperis and dismissing his complaint, Plaintiff Ramon Molina's claims are dismissed as frivolous.

     This is a final judgment.

Date: February 5, 2026

_____
     Stanley Blumenfeld, Jr.
     United States District Judge